# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRASH PROOF RETIREMENT, LLC<br><br>               Plaintiff,<br><br>    v.<br><br>PAUL M. PRICE,<br><br>               Defendant. | Case No. 2:20-cv-05906-JDW |

## ORDER

**AND NOW** this 13th day of April 2021, upon consideration of the Defendant's Motion to Dismiss (ECF No. 10), for the reasons stated in the accompanying memorandum it is **ORDERED** that the Motion is **GRANTED**. All Lanham Act claims are **DISMISSED WITH PREJUDICE**. All state law claims are **DISMISSED WITHOUT PREJUDICE**.

If Plaintiff has a basis to invoke this Court's diversity jurisdiction for the state law claims, it may do so in an Amended Complaint that it files on or before April 27, 2021. If it does not file an Amended Complaint, then the Court will assume that it has chosen to stand on its current Complaint and close the case.

                                                                 **BY THE COURT:**

                                                                 */s/ Joshua D. Wolson*
                                                                 **JOSHUA D. WOLSON, J.**