### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRASH PROOF RETIREMENT, LLC<br><br>                      Plaintiff,<br>      v.<br><br>PAUL M. PRICE,<br>                      Defendant. | Case No. 2:20-cv-05906-JDW |

### ORDER

**AND NOW** this 22nd day of June 2021, upon consideration of Defendant Paul M. Price's Motion for Attorneys' Fees and Costs (ECF No. 22), the Court notes as follows:

1.    Mr. Price filed this Motion on May 18, 2021;

2.    The Parties stipulated to and the Court approved a briefing schedule that required Crash Proof to respond to the Motion on or before June 17, 2021;

3.    Crash Proof did not file a timely opposition or seek an extension before that deadline; and

4.    Pursuant to Local Rule of Civil Procedure 7.1(c), the Court treats this Motion as unopposed.

Therefore, it is **ORDERED** that Mr. Price's Motion is **GRANTED** as unopposed pursuant to Local Rule of Civil Procedure 7.1(c).

It is **FURTHER ORDERED** that on or before July 12, 2021, Mr. Price shall submit a detailed breakdown of his reasonable attorney's fees and costs. Crash Proof shall file a response on or before July 26, 2021. **The Court will not permit further submissions.**

                                                         **BY THE COURT:**

                                                         */s/ Joshua D. Wolson*
                                                         **JOSHUA D. WOLSON, J.**